The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JING PAN,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW,<br><br>Defendant. | Case No. 2:26-cv-02766-MLP<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>October 16, 2026 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff and Defendant jointly file this Stipulated Motion asking the Court to extend the deadline for the filing of Defendant's response to Plaintiff's complaint until December 21, 2026.

Plaintiff filed her complaint on August 5, 2026, seeking an order compelling Defendant to adjudicate her Form I-485 Application to Register Permanent Residence or Adjust Status. *See* Dkt. 1. Defendant's response to the complaint is currently due October 16, 2026.

On September 29, 2026, U.S. Citizenship and Immigration Services (USCIS) issued a Request for Evidence (RFE) to Plaintiff, with a response deadline of December 22, 2026. Plaintiff anticipates responding to the RFE by mid-November 2026. An extension of Defendant's deadline to respond to the complaint to December 21, 2026, will likely permit this case to be resolved



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

without further litigation. Accordingly, the Parties submit there is good cause for the requested extension.

DATED this 16th day of October, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

*/s/ Jing Pan*
JING PAN
2208 W Lake Sammamish Pkwy NE
Redmond, WA 98052
Telephone: (425) 520-7164
Email: panjing55555@gmail.com

*Plaintiff Pro Se*

I certify that this memorandum contains 148 words, in compliance with Local Civil Rules.

**~~[PROPOSED]~~ ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall respond to the Complaint by December 21, 2026.

DATED this 19th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970